# EXHIBIT D

**U.S. Patent No. 7,062,251 – Philips IntelliBridge**

| Claim 1 | |
|---|---|
| A method of integrating physiologic treatment data comprising the steps of: | |



**Source**: Device interoperability through IntelliBridge solutions, Presentation, 4522 991 23091 * NOV 2016

PRELIMINARY DRAFT – SUBJECT TO CHANGE – HIGHLY CONFIDENTIAL – ATTORNEY CLIENT PRIVILEGED

**U.S. Patent No. 7,062,251 – Philips IntelliBridge**

| Claim 1 | |
|---|---|
| receiving **physiologic treatment data from at least two bedside machines**; | |



**Flexible Module Rack with Plug-In Modules**

The Flexible Module Rack has eight slots for plug-in measurement modules.

↑ **physiologic treatment data from at least two bedside machines**

Individual plug-in measurement modules are available to measure:
- M1006B Invasive Blood Pressure
- M1011A Intravascular Oxygen Saturation Module ($SO_2$)
- M1012A Cardiac Output/Continuous Cardiac Output
- M1014A Spirometry
- M1018A Transcutaneous Gas
- M1020B $SpO_2$
- M1021A Mixed Venous Oxygen Saturation ($SvO_2$)
- M1027A Electroencephalograph (EEG)
- M1029A Temperature
- M1034A Bispectral Index (BIS™)[2]

Additional plug-in modules available are:
- M1116B Thermal Array Recorder
- M1032A VueLink Device Interface.
- 865115 EC10 IntelliBridge

**Source**: IntelliVue MX800 Patient Monitor, 4522 962 62181 * SEP 2010

PRELIMINARY DRAFT – SUBJECT TO CHANGE – HIGHLY
CONFIDENTIAL – ATTORNEY CLIENT PRIVILEGED

U.S. Patent No. 7,062,251 – Philips IntelliBridge

| Claim 1 | |
|---|---|
| **converting said physiologic treatment data from a machine specific format into a machine independent format** within a **computing device remotely located from said bedside machines**; |

**converting said physiologic treatment data from a machine specific format into a machine independent format**

### Connectivity for a broad selection of patient care devices

IntelliBridge System provides device interfaces for many popular patient care devices (for a full, current list refer to the IntelliBridge Device Interface Library). We collaborate with leading medical device manufacturers to continually develop interfaces as new devices are introduced, as well as to keep existing interfaces up-to-date. And many medical device manufacturers – including companies with devices for niche applications – develop their own interfaces, using our IntelliBridge Open Interface protocol.

### Compliance to IHE HL7

The Integrating the Healthcare Enterprise (IHE) initiative aims to establish standards for healthcare interoperability. Because Philips is an active member and key contributor to the initiative, IntelliBridge System uses an HL7 format that complies with several IHE profiles, making integration and maintenance easy. These profiles include
- In the IHE Patient Care Device (PCD) domain
  o Alert Communication Management (ACM) profile
  o Device Enterprise Communication (DEC) profile
- In the IHE IT Infrastructure Technical Framework
  o Patient Administration Management (PAM) profile.

### Converting parameter units

Different healthcare organizations use different units for patient parameter data. For example, one site may document volumes in liters while another prefers milliliters. IntelliBridge System lets users specify which units to use for which parameters, and converts these for the HL7 output. IntelliBridge System applies the conversion globally for each specified parameter. This means that even if several patient care devices use different units for the same parameter, the HL7 data sent to the electronic medical record is consistent.

### If you are using a Patient Information Center iX (PIC iX)
- To help you achieve more comprehensive and accurate patient records, IntelliBridge System can use the PIC iX ADT interface. This lets it automatically associate patient demographic information with the data from the patient care device.
- To help caregivers make informed decisions, IntelliBridge System can distribute alarm or alert notifications and integrate with the PIC iX alarm management tools. This makes it possible for IntelliBridge System to distribute alarms from patient care devices to mobility solutions, such as CareEvent.

**Source**: IntelliBridge System: Making clever connections, 4522 991 23691 * DEC 2016

PRELIMINARY DRAFT – SUBJECT TO CHANGE – HIGHLY
CONFIDENTIAL – ATTORNEY CLIENT PRIVILEGED

**U.S. Patent No. 7,062,251 – Philips IntelliBridge**

Claim 1

**converting said physiologic treatment data from a machine specific format into a machine independent format** within a **computing device remotely located from said bedside machines**;



**Source**: http://www.usa.philips.com/healthcare/product/HCNOCTN333/intellibridgesystem

U.S. Patent No. 7,062,251 – Philips IntelliBridge

Claim 1

**converting said physiologic treatment data from a machine specific format into a machine independent format** within a **computing device remotely located from said bedside machines**;

**bedside machines**

**remotely converting said physiologic treatment data from a machine specific format into a machine independent format**



**Source**: IntelliBridge System: Making clever connections, 4522 991 23691 * DEC 2016

PRELIMINARY DRAFT – SUBJECT TO CHANGE – HIGHLY CONFIDENTIAL – ATTORNEY CLIENT PRIVILEGED

U.S. Patent No. 7,062,251 – Philips IntelliBridge

| Claim 1 | |
|---|---|
| **converting said physiologic treatment data from a machine specific format into a machine independent format** within a **computing device remotely located from said bedside machines**; | |



**Source**: Device interoperability through IntelliBridge solutions, Presentation, 4522 991 23091 * NOV 2016

U.S. Patent No. 7,062,251 – Philips IntelliBridge

| Claim 1 | |
|---|---|
| **performing at least one programmatic action involving said machine-independent data**; and | |

## Philips 865240 Technical Data Sheet

The Philips IntelliVue MX800 patient monitor offers a flexible and modular monitoring solution, designed to suit a broad spectrum of needs. The monitor can be connected to the Philips Multi-Measurement Module (MMS) family with its extensions, plug-in measurement modules and the IntelliVue anesthetic gas modules to extend its functionality with plug-and-play convenience. Dedicated configurations are available for the anesthesia, critical and cardiac, and neonatal care environments. The integrated PC (iPC) allows access to relevant patient information residing on the hospital's intranet.

**Features**
- Intuitive user interface.
- Simple menu hierarchy gives fast access to all basic monitoring tasks.
- Screen layouts are easily adjustable, allowing flexible display of measurement information.
- Previous/Next Screen function provides access to the ten most recently used screens including the last three modified screens.
- Temperature, height, and weight can be configured either in metric or imperial units. Pressure measurements can be displayed in kPa or mmHg. Gases can be displayed in kPa or mmHg.
- Patient data management with tabular and graphic trends, and high resolution trends to track changes with beat-to-beat resolution.
- **Drug, ventilation, hemodynamic, and oxygenation calculations.** ← **performing at least one programmatic action involving said machine-independent data**

**Source**: IntelliVue MX800 Patient Monitor, 4522 962 62181 * SEP 2010

PRELIMINARY DRAFT – SUBJECT TO CHANGE – HIGHLY CONFIDENTIAL – ATTORNEY CLIENT PRIVILEGED

**U.S. Patent No. 7,062,251 – Philips IntelliBridge**

| Claim 1 | |
|---|---|
| **performing at least one programmatic action involving said machine-independent data**; and | |
| **performing at least one programmatic action involving said machine-independent data** | <br>**Alerts**<br><br>The VueLink/IntelliBridge Open Interface Protocol distinguishes between two types of alerts: alarms and inops (i.e. inoperable conditions).<br><br>Only one alert message text of each alert type is displayed at the PPMS at once. Thus a priority is assigned to each alarm and inop. All other functions related to alerts (e.g. value blinking, marking with question marks "?") of two or more active alerts may occur simultaneously.<br><br>**Note:** Alerts are by default deactivated in VueLink/IntelliBridge. Their activation requires access to the configuration mode of the monitor and can be done by technical staff only.<br><br>**Note:** The VueLink/IntelliBridge interface does not allow the PPMS to generate audible signals at the bedside for alarms and inops generated by the SDM.<br><br>**Alarms**<br><br>The VueLink/IntelliBridge Open Interface Protocol defines two types of alarms:<br><br>**Red alarms:**   Indicate potentially life-threatening situations. An immediate response is required.<br><br>**Yellow alarms:**   Indicate less critical situations. A response is required, but of a less critical importance.<br><br>The data from the SDM cause the following yellow alarms on the PPMS:<br><br><table><tr><th>Message text</th><th>Explanation</th></tr><tr><td>SDM HI/LO tcpCO2</td><td>Alarm limit violation of tcpCO2 (PCO2) values</td></tr><tr><td>SDM HI/LO tcpO2</td><td>Alarm limit violation of tcpO2 (PO2) values</td></tr><tr><td>SDM HI/LOW SpO2</td><td>Alarm limit violation of SpO2 values</td></tr><tr><td>SDM HI/LO PULSE</td><td>Alarm limit violation of Pulse (PR) values</td></tr></table><br>**Note:** Alarm limit violation of a parameter, causes the respective numeric value to blink on the PPMS.<br><br>**Note:** If alarms are muted on the SDM, the PPMS displays an *alarm mute symbol* next to the numeric values of the SDM |
| **Source**: VueLink IntelliBridge Installation Manual for SenTec, HB-005928-g | |

**U.S. Patent No. 7,062,251 – Philips IntelliBridge**

Claim 1

**presenting results from said programmatic actions upon a bedside graphical user interface**.



**presenting results from said programmatic actions upon a bedside graphical user interface**

**Source**: Device interoperability through IntelliBridge solutions, Presentation, 4522 991 23091 * NOV 2016

PRELIMINARY DRAFT – SUBJECT TO CHANGE – HIGHLY CONFIDENTIAL – ATTORNEY CLIENT PRIVILEGED